FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARMANDO FLORES, as the Personal Representative for THE ESTATE OF FAUSTINO RODRIGUEZ FLORES,<br><br>                       Plaintiff,<br><br>v.<br><br>HUNTERWOOD TECHNOLOGIES LTD., a Canadian limited liability company; HUNTERWOOD TECHNOLOGIES USA LTD, a Delaware Corporation,<br><br>                       Defendants. | NO. 1:24-CV-3004-TOR<br><br>ORDER ON STIPULATED MOTION TO DISMISS |

BEFORE THE COURT are the parties' Stipulated Notice of Settlement and Proposed Order of Dismissal. ECF No. 41. The parties reached a settlement, and payment has been completed in full. ECF No. 41. The parties agree that Plaintiff's claims shall be dismissed with prejudice and each party shall bear their own costs and attorneys' fees. ECF No. 41. The Court has reviewed the record and files herein and is fully informed.

ORDER ON STIPULATED MOTION TO DISMISS ~ 1

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss a case if the parties file and sign a stipulation to dismiss.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Dismiss (ECF No. 41) is **GRANTED.**

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is **DISMISSED** with prejudice and without costs, and each party bearing their own attorneys' fees and costs.

3. The deadlines, hearings and trial date are **VACATED.**

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 23, 2025.



THOMAS O. RICE
United States District Judge

ORDER ON STIPULATED MOTION TO DISMISS ~ 2