AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 23, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ARMANDO FLORES, as the Personal Representative for THE ESTATE OF FAUSTINO RODRIGUEZ FLORES,<br>*Plaintiff*<br>v.<br>HUNTERWOOD TECHNOLOGIES LTD., a Canadian limited liability company; HUNTERWOOD TECHNOLOGIES USA LTD, a Delaware Corporation,<br>*Defendant* | Civil Action No.  1:24-CV-3004-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Parties' Stipulated Motion to Dismiss (ECF No. 41) is GRANTED.
Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date:  December 23rd, 2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*